UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SHELLY A. CANFIELD,

      Plaintiff,

v.                                  Civil Action No. 1:23-cv-00062

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.

## JUDGMENT ORDER

**AND NOW**, this 27th day of December, 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA.